ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| BAE Systems Technology Solutions and Services Inc. | ) | ASBCA No. 63746 |
| | ) | |
| Under Contract No. W912CN-08-C-0085 | ) | |

APPEARANCES FOR THE APPELLANT:     Jonathan A. DeMella, Esq.
    Davis Wright Tremaine LLP
    Seattle, WA

    Ethan E. Marsh, Esq.
    Senior Counsel

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
    Army Chief Trial Attorney
    MAJ Katharine M. Calderon, JA
    LTC Nolan T. Koon, JA
    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 20, 2025

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63746, Appeal of BAE Systems Technology Solutions and Services Inc., rendered in conformance with the Board's Charter.

Dated: June 20, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals